Zebra Blog | Careers | Login | Register |    USA - English



Solutions    Products    Services    Support and Downloads    Partners



# PARTNERS

## ZEBRA AND OUR PARTNERS:

## PROVIDING A PERFORMANCE EDGE

Collaboration is key to transformational solutions. That's why Zebra collaborates with partners in engaging with customers and delivering value. Thanks to our robust global partner ecosystem, customers around the world are taking full advantage of Zebra offerings to sharpen their performance edge.

Many of our partners resell Zebra products and services, while others provide software applications, specialized solutions or services that complement Zebra offerings. With our award-winning **Zebra® PartnerConnect** program, we help our partners grow, build greater expertise and serve customers more effectively. Together, we're empowering customers by intelligently linking people, assets and data.

### CONNECT WITH A ZEBRA PARTNER

Learn about the different types of Zebra partners and how you can find the right partner for your needs.

[ Learn Which Partner Is Right For You ]

### BECOME A ZEBRA PARTNER

Discover how PartnerConnect can help you boost revenue, differentiate your business and uncover new opportunities.

[ Learn About The PartnerConnect Program ]

## RESOURCES

### PARTNER-ONLY PORTAL

💬 Chat with Sales

Get exclusive sales tools, marketing resources, product insight, program details and much more.

Login To Partner Gateway

## NEED HELP?

The Partner Interaction Center (PIC) can answer your questions about PartnerConnect and any aspect of building a relationship with Zebra.

Contact The Partner Interaction Center

## RESELLER RESOURCES

Find a Zebra distributor with our Partner and Application Locator.

Zebra Partner And Application Locator

**CAPTURE YOUR EDGE**

**Connect with our team**

Contact Zebra

Find A Partner

About Zebra
Careers
Events
Story Hub/Newsroom
Investors
Corporate Social Responsibility
Global Locations

**Discover**

Solutions
Products
Services
Success Stories
Resource Library

**Support Resources**

Support and Downloads
Contact Support
Request a Repair
Product Warranty Information
Developer Portal

**Stay up to date with Zebra.**

Sign up for our newsletter.

Register Now



Manage Contact Preferences

Legal | Terms of Use | Privacy Policy | Supply Chain Transparency

ZEBRA and the stylized Zebra head are trademarks of Zebra Technologies Corp., registered in many jurisdictions worldwide. All other trademarks are the property of their respective owners. ©2020 Zebra Technologies Corp. and/or its affiliates.

Chat with Sales