

(/us/en.html)

Solutions (/us/en/solutions.html)　　Products (/us/en/products.html)　　Services (/us/en/services.html)

Support and Downloads (/us/en/support-downloads.html)　　Partners (/us/en/partners.html)

Partners (/us/en/partners.html)

> Partner and Application Locator

# PARTNER AND APPLICATION LOCATOR

**I AM LOOKING FOR**

| Reseller of Hardware, Supplies and Services ⌄ |

**Product Category: (Required)**

| Barcode Scanners ⌄ |

**Vertical (Required)**

| Select a Industry Vertical ⌄ |

**PARTNER NAME**

| Enter Partner Name |

**LOCATION**

| Austin, TX 78704, USA |

*Your Selections:*

Reseller of Hardware, Supplies and Services　　　　✖

Barcode Scanners　　　　✖

Austin, TX 78704, USA　　　　✖

**Clear Filters**

## 536 PARTNERS FOUND

*Sort by*　| Closest ⌄ |

Showing 1-10 of 536

(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FILlhAAP&viewType=nav)

💬 Chat with Sales

## EPICOR SOFTWARE CORPORATION (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FILIHAAP&VIEWTYPE=NAV)

804 Las Cimas Parkway
Austin, Texas 78746
United States
(800) 678-5266

www.epicor.com (http://www.epicor.com)

Epicor is a leading provider of integrated enterprise software solutions for midmarket companies around the world. Founded in 1984, Epicor has over 15,000 customers and delivers end-to-end, industry-s ... (/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FILIhAAP&viewType=nav)

**Partner Community:**
Reseller

**Program Track and Tier:**
Premier Solution Partner

**Specialization:**
None

**Verticals:**
Retail
Manufacturing

---

(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIKqWAAX&viewType=nav)

## NETWAV (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FIKQWAAX&VIEWTYPE=NAV)

4007 Ave D
Suite B.
Austin, Texas 78751
United States
+1 5125339801

www.netwav.net (http://www.netwav.net)

System integration of Wireless LAN's and barcode scanning and printing systems.

**Partner Community:**
Reseller

**Program Track and Tier:**
Business Partner

**Specialization:**
None

**Verticals:**
Healthcare

---

(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FILQ2AAP&viewType=nav)

## JUSTIN SYSTEMS INC (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FILQ2AAP&VIEWTYPE=NAV)

7608 West Highway 71
Suite C
AUSTIN, Texas 78735
United States
(512) 327-7300

www.justinsystems.com (http://www.justinsystems.com)

Justin Systems provides consultation, design, equipment, implementation, and service for barcode related wireless mobile data management systems

**Partner Community:**
Reseller

**Program Track and Tier:**
Business Partner

**Specialization:**
None

**Verticals:**
Healthcare
Hospitality
Manufacturing
Retail

(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIL4iAAH&viewType=nav)

## ABETECH (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FIL4IAAH&VIEWTYPE=NAV)

8710 Washington Village Dr
Dayton, Ohio 45458
United States
(937) 436-2343

www.abetech.com (http://www.abetech.com)

AbeTech helps technology leaders simplify their Connected Enterprise transformation. We Understand our client's challenges, Simplify their technology initiatives and Enable them to maximize their IT i … (/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIL4iAAH&viewType=nav)

**Partner Community:**
Reseller

**Program Track and Tier:**
Premier Solution Partner

**Specialization:**
Advanced RFID Specialist
Advanced Supplies Specialist
Advanced Printer Repair Specialist - Label Printer
Advanced Printer Repair Specialist - Print Engine

**Verticals:**
Healthcare
Manufacturing
Service Providers
Transportation and Logistics

(/us/en/partners/partner-application-locator/partner-details.html?id=0010H00002TpiQLQAZ&viewType=nav)

## INGRAM TECHNOLOGIES, LLC (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=0010H00002TPIQLQAZ&VIEWTYPE=NAV)

PO Box 203324
PO Box 203324
Austin, Texas 78720-3324
United States
011 (512) 595-0285

www.ingramt.com (http://www.ingramt.com)

We provide rugged mobile end point computing and connectivity solutions and services provider.

**Partner Community:**
Reseller

**Program Track and Tier:**

Chat with Sales

Business Partner

**Specialization:**
None

**Verticals:**
None

---

(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIL3IAAX&viewType=nav)

## GHA TECHNOLOGIES (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FIL3IAAX&VIEWTYPE=NAV)

8998 E. Raintree Dr.
Scottsdale, Arizona 85260
United States
(480) 627-0054

www.gha-associates.com (http://www.gha-associates.com)

GHA Technologies, Inc. is a nationally expanding network, computer reseller and systems integrator with offices nationwide. GHA is listed as the 25th largest private corporation in Arizona. We sell HP ... (/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIL3IAAX&viewType=nav)

**Partner Community:**
Reseller

**Program Track and Tier:**
Premier Business Partner

**Specialization:**
None

**Verticals:**
Healthcare
Government
Education

---

(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FILG7AAP&viewType=nav)

## DELL INC (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FILG7AAP&VIEWTYPE=NAV)

One Dell Way
Round Rock, Texas 78682
United States
+1 (252) 412-9808

www.dell.com (http://www.dell.com)

Dell Technologies Inc., formerly Denali Holding Inc., is a provider of information technology solutions. The Company operates through two segments: Client Solutions and Enterprise Solutions Group (ESG ... (/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FILG7AAP&viewType=nav)

**Partner Community:**
Reseller

**Program Track and Tier:**
Business Partner

**Specialization:**
RFID Specialist

**Verticals:**
None

Chat with Sales



(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIKnNAAX&viewType=nav)

## SCANTEXAS (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FIKNNAAX&VIEWTYPE=NAV)

6 Wiltshire Ct
Lucas, Texas 75002
United States
(214) 383-5091

www.scantexas.com (http://www.scantexas.com)

ScanTexas is your Premier Solutions provider for all Zebra products including mobile computing, printers & media, and barcode scanning. We specialize in mobile all touch telnet and browser applicati ... (/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIKnNAAX&viewType=nav)

**Partner Community:**
Reseller

**Program Track and Tier:**
Premier Solution Partner

**Specialization:**
Supplies Specialist

**Verticals:**
Manufacturing
Healthcare
Transportation and Logistics
Retail

---

(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000FIKnTAAX&viewType=nav)

## PROFESSIONAL DATASOLUTIONS INC. (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000FIKNTAAX&VIEWTYPE=NAV)

4001 Central Pointe Pkwy
Bldg. 200
TEMPLE, Texas 76504
United States
(254) 410-7600

https://www.pdisoftware.com/ (https://www.pdisoftware.com/)

SOFTWARE DEVELOPER, CONSULTING & TRAINING, VAR

**Partner Community:**
Reseller

**Program Track and Tier:**
Solution Partner

**Specialization:**
None

**Verticals:**
Service Providers
Retail

---



(/us/en/partners/partner-application-locator/partner-details.html?id=001i000000NuiRYAAZ&viewType=nav)

Chat with Sales

## MNJ TECHNOLOGIES DIRECT (/US/EN/PARTNERS/PARTNER-APPLICATION-LOCATOR/PARTNER-DETAILS.HTML?ID=001I000000NUIRYAAZ&VIEWTYPE=NAV)

1025 BUSCH PKWY
BUFFALO GROVE, Illinois 60089
United States
(847) 634-0700
www.mnjtech.com (http://www.mnjtech.com)

MNJ Technologies provides comprehensive technology solutions to our clients through expert knowledge, industry-leading partnerships, consultative services, and strategic sourcing capabilities. Through ... (/us/en/partners/partner-application-locator/partner-details.html?id=001i000000NuiRYAAZ&viewType=nav)

**Partner Community:**
Reseller

**Program Track and Tier:**
Broadline Technology Reseller

**Specialization:**
None

**Verticals:**
Healthcare
Education
Government

Showing 1-10 of 536

Load More

**Connect with our team**

Contact Zebra (/Us/En/About-

Find A Partner (/Us/En/Partner

About Zebra (/us/en/about-zebra.html)
Careers (/us/en/about-zebra/careers.html)
Events (/us/en/about-zebra/newsroom/world-events.html)
Story Hub/Newsroom (/us/en/about-zebra/newsroom.html)
Investors (http://investors.zebra.com/)
Corporate Social Responsibility (/us/en/about-zebra/company-information/corporate-social-responsibility.html)
Global Locations (/us/en/about-zebra/contact-zebra/global-locations.html)

**Discover**

Solutions (/us/en/solutions.html)
Products (/us/en/products.html)
Services (/us/en/services.html)
Success Stories (/us/en/resource-library/success-stories.html)
Resource Library (/us/en/resource-library.html)

Chat with Sales

**Support Resources**

Support and Downloads (/us/en/support-downloads.html)

Contact Support (/us/en/about-zebra/contact-zebra/contact-tech-support.html)

Request a Repair (/us/en/support-downloads/request-repair.html)

Product Warranty Information (/us/en/support-downloads/warranty/product-warranty.html)

Developer Portal (https://developer.zebra.com)

**Stay up to date with Zebra.**

Sign up for our newsletter.

Register Now

Manage Contact Preferences (Http://Online.Zebra.Com/Preferences-Enu)

(http://www.linkedin.com/company/167024?trk=tyah)   (http://www.twitter.com/zebratechnology)

(http://www.facebook.com/pages/Zebra-Technologies/107703715989073)

(http://www.youtube.com/zebratechnologies#p/u)   (/us/en/blog.html)

Legal (/us/en/about-zebra/company-information/legal.html) | Terms of Use (/us/en/about-zebra/company-information/legal/terms-of-use.html)
| Privacy Policy (/us/en/about-zebra/company-information/legal/privacy-statement.html)
| Supply Chain Transparency (/content/dam/zebra/corporate-policies/en/ca-transparency-supply-chains-act-disclosure-en.pdf)

ZEBRA and the stylized Zebra head are trademarks of Zebra Technologies Corp., registered in many jurisdictions worldwide. All other trademarks are the property of their respective owners. ©2020 Zebra Technologies Corp. and/or its affiliates.

Chat with Sales