Careers



Solutions    Products    Services    Support and Downloads    Partners

Careers

# SHAPE YOUR CAREER WITH ZEBRA



# BUILD TODAY CREATE TOMORROW

‹ Welcome page          Log back in

## Product Manager, Principal(Tablet)

US-TX-Austin | US-TX-Austin

**Job ID**  90622     **Function**  Product Management     **Position Level**  Senior Advisor/Principal/Senior Manager

### Overview

At Zebra, we're reinventing how businesses operate at the enterprise edge - helping them run faster, smarter, and more connected than ever before.
A **dynamic community of builders, doers and problem solvers**, we each play a unique role - shaping new technologies, bringing solutions to market, and partnering with companies on the front line of business. Being a part of Zebra means making your mark as we make digital transformation a reality.

The Product Management team drives the development of product definition and planning to optimize the company's products and solutions. The team applies broad knowledge of company's product and solutions capabilities as well as the competitive environment to identify new growth areas, new technology and emerging product opportunities. Oversees the analysis and evaluation of key market statistics and customer requirements to define product strategies and identify product opportunities to expand market share.

The Product Management team also evaluates in-depth market analysis and leads business case development for optimization of existing products and solutions alternatives and/or to create the next generation of new products.

**JOB LOCATION- Ideal candidate will work in our  Austin, TX office**

### Responsibilities

- The Tablet Product Manager Principal is responsible for the overall marketing message/value proposition statement, business case/P&L, market acceptance of the product.
- Through vast knowledge of the Tablet market, competitive landscape, customer requirements, distribution channels and Zebra offerings, anticipates market and customer requirements for assigned product(s)

Case 6:21-cv-00536-ADA    Document 1-4    Filed 05/27/21    Page 2 of 3

- Responsibility for the growth and business success of an assigned product line life cycle and/or product category. The role will lead all aspects of other product managers in both developing strategies and handling tactical execution of product growth and development plans as well as delivering management objectives, coaching, and mentoring
- Ensures that organization works with the Product Marketing and Marketing Communications in developing product promotion programs.
- Product Life Cycle Management-Work closely with operations/supply chain to accurately lead, forecast, ramp plans, component obsolescence, misaligned sales orders, yield issues, and product hold issues
- Actively supports the Sales organization. Responsible for competitive analysis, including detailed metrics and analysis to support business case and product development process
- Work closely with internal partners throughout the development process in negotiating design trade-offs as needed.
- Sets Pricing strategy. Monitors financial performance of product lines and makes recommendations for pricing action against revenue and margin objectives.

Qualifications

**Minimum Qualifications:**

- Master's Degree with BS in Engineering or Technical Disciplines
- 12+ years' experience in Tablet product management, including at least 3 years leading and driving product managers in related discipline or technology industry
- Strong communication skills (written, verbal and oral presentation skills as well as ability to effectively present information to senior management, clients and customers

**Preferred Qualifications:**

- Ability to assess complex market landscape and create focused, integrated product plans, market knowledge in assigned product vertical, category or technology or solutions
- Understanding of financial concepts including P&L, balances sheets, and ROI models with delivery of product through defined objectives
- Highly creative with ability to think strategically and develop strategic/business plans
- Strong MS Office Suite (Word, Excel and PowerPoint)
- Ability to travel approx 30%

Zebra is an equal opportunity/affirmative action employer committed to a diverse and inclusive workplace. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, pregnancy, ancestry, marital status, age, sexual orientation, gender identity, national origin, disability status, protected veteran status or any other basis prohibited by law. If you are an individual with a disability and need assistance in applying for a position, please contact us at workplace.accommodations@zebra.com.

The EEO is the Law poster is available here: https://www.zebra.com/content/dam/zebra/compliance/eeoisthelawposter.pdf. The EEO is the Law poster supplement is available here: https://www.zebra.com/content/dam/zebra/compliance/ginasupplement.pdf.
We will ensure that individuals with disabilities are provided reasonable accommodation to participate in the job application or interview process, to perform essential job functions, and to receive other benefits and privileges of employment. Please contact us to request accommodation.



Share with Your Network

**Need help finding the right job?**

We can recommend jobs specifically for you! Click here to join our Zebra Talent Pool.

Zebra is an equal opportunity/affirmative action employer committed to a diverse and inclusive workplace. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, pregnancy, ancestry, marital status, age, sexual orientation, gender identity, national origin, disability status, protected veteran status or any other basis prohibited by law. If you are an individual with a disability and need assistance in applying for a position, please contact us at workplace.accommodations@zebra.com.

The EEO is the Law poster is available here: https://www.zebra.com/content/dam/zebra/compliance/eeoisthelawposter.pdf. The EEO is the Law poster supplement is available here: https://www.zebra.com/content/dam/zebra/compliance/ginasupplement.pdf.

Case 6:21-cv-00536-ADA Document 1-4 Filed 05/27/21 Page 3 of 3

Zebra is a federal contractor and is committed to an alcohol and drug free workplace. As a result, all U.S. based employees are subject to the Drug and Alcohol Free Workplace Policy and Procedure.

**CAPTURE YOUR EDGE**

**Connect with our team**

Contact Zebra

Find A Partner

About Zebra

Careers

Events

Newsroom

Investors

Corporate Social Responsibility

Global Locations

**Discover**

Solutions

Products

Services

Success Stories

Resource Library

**Support Resources**

Support and Downloads

Contact Support

Request a Repair

Product Warranty Information

Developer Portal

**Stay up to date with Zebra.**

Sign up for our newsletter.

Register Now

Manage Contact Preferences

Copyright | Terms of Use | Privacy Policy | Supply Chain Transparency

ZEBRA and the stylized Zebra head are trademarks of Zebra Technologies Corp., registered in many jurisdictions worldwide. All other trademarks are the property of their respective owners. ©2019 Zebra Technologies Corp. and/or its affiliates.