This site uses cookies to provide an improved digital experience. You can learn more about the cookies we use as well as how you can change your cookie settings by clicking here.  By continuing to use this site without changing your settings, you are agreeing to our use of cookies. Review Zebra's Privacy Statement to learn more.

Accept and Continue

Zebra Blog | Careers | Login | Register |    USA - English



Solutions        Products        Services        Support and Downloads        Partners

RFID  >  Fixed RFID Readers and Infrastructure  >  ATR7000 RTLS Reader

# ATR7000 RTLS READER



#### REDEFINE OPERATIONAL EFFICIENCY WITH SUPERIOR, AFFORDABLE REAL-TIME LOCATIONING

Imagine if you could see the pinpoint location of all of your inventory, forklifts, equipment, workers and more, all the time, in real-time. Imagine how that visibility could allow you to streamline your operations, improve workforce

Chat with Sales

productivity, reduce costs and better serve your customers. You have just imagined the power of the ATR7000 RTLS Reader. The ATR7000 — superior technology, superior locationing accuracy, superior tag visibility and superior value — delivered.

HOW-TO-VIDEOS, MANUALS AND DRIVERS

ATR7000 Support

ADDITIONAL RESOURCES

ATR7000 RTLS Reader Spec Sheet

RFID At-A-Glance

COMPATIBLE WITH



LET US TELL YOU MORE ABOUT THE ATR7000 RTLS READER

Find A Partner

Contact Sales

## BEAM STEERING FOR PINPOINT LOCATION ACCURACY

The ATR7000 electronically steers and processes several hundreds of narrow flashlight-style beams simultaneously, providing highly accurate asset location, within 2 ft./0.6m or less.

## ADVANCED ANTENNA TECHNOLOGY FOR MAXIMUM TAG VISIBILITY

The wide-angle antenna delivers up to double the coverage area of typical competitive fixed readers. And dual circular and linear coverage patterns ensure all tags in the coverage zone are visible, regardless of size or complexity of your environment.

## ZEBRA CONFIGURATION AND LOCATION ANALYTICS SOFTWARE (CLAS)

This ready-to-use licensable software saves many months of application development time by automatically collecting the ATR7000 tag data, calculating the real-time location of all of your tagged assets and streaming that



pinpoint location data to the business system of your choice — such as your Warehouse Management System (WMS).



# ATR7000 RTLS Reader

## SUPERIOR LOCATIONING FOR MAXIMUM ASSET VISIBILITY

The ATR7000 is a new class of RFID reader offering advanced Zebra-only technology that provides visibility into the pinpoint location of all of your tagged assets. Now, you can see where your inventory, forklifts, equipment, workers and more are located — and if they are on the move, in which direction they are moving. The result? Streamlined operations, reduced costs and better customer service.

### HOW-TO-VIDEOS, MANUALS AND DRIVERS

ATR7000 Support

### INDUSTRY USE

Manufacturing

Warehouse Management

Location Solutions

### FOR THE FULL LIST OF FEATURES

**Select a Language**

 Chat with Sales

English

[ATR7000 RTLS Reader Spec Sheet](#)

### DIMENSIONS
Diameter 19.0 in. (482.6 mm), Height 6.34 in. (161 mm)
20.3 cm H x 9.9 cm W x 14.6 cm D

### WEIGHT
11.1 lbs (5.03 kg)

### RFID CHARACTERISTICS
Antenna: Steerable phase-array
Beam Scanning Range: Azimuth 0-360°, Elevation 0-60°

### OPERATING SYSTEM
Linux

### POWER SOURCES
POE+ (802.3at) or AC-DC power supply rated for +24Vdc, 3.25 A

### MOUNTING
Direct attach (pole mount) or VESA 75 or VESA 100

---

**SUPPLIES** — RFID Supplies

**SOFTWARE** — RFID Software

**SUPPORT** — Zebra OneCare

---

**CAPTURE YOUR EDGE**

Connect with our team

Chat with Sales

Contact Zebra

Find A Partner

About Zebra
Careers
Events
Story Hub/Newsroom
Investors
Corporate Social Responsibility
Global Locations

**Discover**

Solutions
Products
Services
Success Stories
Resource Library

**Support Resources**

Support and Downloads
Contact Support
Request a Repair
Product Warranty Information
Developer Portal

**Stay up to date with zebra.**

Sign up for our newsletter.

Register Now

Manage Contact Preferences

Legal | Terms of Use | Privacy Policy | Supply Chain Transparency

ZEBRA and the stylized Zebra head are trademarks of Zebra Technologies Corp., registered in many jurisdictions worldwide. All other trademarks are the property of their respective owners. ©2020 Zebra Technologies Corp. and/or its affiliates.

Chat with Sales