# RFID DEMO APPLICATIONS

## User Guide



72E-160038-08

# RFID DEMO APPLICATIONS USER GUIDE

72E-160038-08

Revision A

February 2020

# Copyright

**© 2020 ZIH Corp. and/or its affiliates.** All rights reserved. ZEBRA and the stylized Zebra head are trademarks of ZIH Corp., registered in many jurisdictions worldwide. All other trademarks are the property of their respective owners.

COPYRIGHTS & TRADEMARKS: For complete copyright and trademark information, go to www.zebra.com/copyright.

WARRANTY: For complete warranty information, go to www.zebra.com/warranty.

END USER LICENSE AGREEMENT: For complete EULA information, go to www.zebra.com/eula.

## For Australia Only

For Australia Only. This warranty is given by Zebra Technologies Asia Pacific Pte. Ltd., 71 Robinson Road, #05-02/03, Singapore 068895, Singapore. Our goods come with guarantees that cannot be excluded under the Australia Consumer Law. You are entitled to a replacement or refund for a major failure and compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure.

Zebra Technologies Corporation Australia's limited warranty above is in addition to any rights and remedies you may have under the Australian Consumer Law. If you have any queries, please call Zebra Technologies Corporation at +65 6858 0722. You may also visit our website: www.zebra.com for the most updated warranty terms.

# Terms of Use

- Proprietary Statement

  This manual contains proprietary information of Zebra Technologies Corporation and its subsidiaries ("Zebra Technologies"). It is intended solely for the information and use of parties operating and maintaining the equipment described herein. Such proprietary information may not be used, reproduced, or disclosed to any other parties for any other purpose without the express, written permission of Zebra Technologies.

- Product Improvements

  Continuous improvement of products is a policy of Zebra Technologies. All specifications and designs are subject to change without notice.

- Liability Disclaimer

  Zebra Technologies takes steps to ensure that its published Engineering specifications and manuals are correct; however, errors do occur. Zebra Technologies reserves the right to correct any such errors and disclaims liability resulting therefrom.

- Limitation of Liability

  In no event shall Zebra Technologies or anyone else involved in the creation, production, or delivery of the accompanying product (including hardware and software) be liable for any damages whatsoever (including, without limitation, consequential damages including loss of business profits, business interruption, or loss of business information) arising out of the use of, the results of use of, or inability to use such product, even if Zebra Technologies has been advised of the possibility of such damages. Some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

# Revision History

Changes to the original guide are listed below:

| Change | Date | Description |
|---|---|---|
| -01 Rev A | 5/2012 | Initial release |
| -02 Rev A | 2/2014 | Add features and update figures in PowerSession chapter. |
| -03 Rev A | 4/2015 | Zebra Re-branding |
| -04 Rev A | 3/2017 | Add FX7500; removed references to the Registration window in chapters 4 and 5. |
| -05 Rev A | 12/2017 | Add FX9600 |
| -06 Rev A | 10/2018 | Add ATR7000 |
| -07 Rev A | 4/2019 | Add Beam Configuration Info for ATR7000 |
| -08 Rev A | 2/2020 | Updated ATR7000 Antenna Configuration section. |

# Table of Contents

Copyright ............................................................................................................................. 3
   For Australia Only ........................................................................................................ 3
Terms of Use ...................................................................................................................... 3
Revision History ................................................................................................................. 4

**About This Guide**
Introduction ........................................................................................................................ 8
Chapter Descriptions ......................................................................................................... 8
Notational Conventions ..................................................................................................... 8
Related Documents ........................................................................................................... 9
Service Information ............................................................................................................ 9

**Getting Started**
Introduction ........................................................................................................................ 10
System Requirements ....................................................................................................... 10

**RFID Sample Application**
Introduction ........................................................................................................................ 12
Launching the RFID Sample Application ........................................................................... 13
Connection ......................................................................................................................... 14
Capabilities ........................................................................................................................ 14
Configuration Menu Options ............................................................................................. 16
   Tag Storage Settings ................................................................................................... 16
   Antenna ........................................................................................................................ 17
   RF Mode ....................................................................................................................... 18
   Singulation ................................................................................................................... 18
   Power On/Off Radio ..................................................................................................... 20
   Reset to Factory Default .............................................................................................. 20
Operations Menu Options ................................................................................................. 21
   Antenna Info ................................................................................................................. 21
   Filter ............................................................................................................................. 22
   Access .......................................................................................................................... 25
   Triggers ......................................................................................................................... 29
Management Menu Options ............................................................................................... 35
Help Menu .......................................................................................................................... 35

Exit ................................................................................................................ 35


**Tag Locator**
Introduction ..................................................................................................... 36
Using Tag Locator ........................................................................................... 37
Locating Tags Using a .csv File ...................................................................... 38


**SessionOne**
Introduction ..................................................................................................... 40
Installation ....................................................................................................... 40
Connecting to the RFID Reader ...................................................................... 41
Reading Tags ................................................................................................... 43
Main Tab .......................................................................................................... 43
    Tag Reads ................................................................................................... 45
    Reader ........................................................................................................ 45
    Antennas ..................................................................................................... 46
    Tag Details .................................................................................................. 46
    RSSI / Direction / Zone ............................................................................... 46
Settings Tab ..................................................................................................... 46
    Appearance ................................................................................................. 48
    Antenna Colors ........................................................................................... 48
    RSSI Monitoring .......................................................................................... 48
    Read Settings .............................................................................................. 48
    Autosave ..................................................................................................... 48
    Product Picture ........................................................................................... 49
    Filters .......................................................................................................... 49
    Tag Match Settings ..................................................................................... 49
    Tag Direction ............................................................................................... 49
    RF Modes .................................................................................................... 49
    Start Reading When .................................................................................... 50
    Stop Reading After ...................................................................................... 50
    Low Level Stuff ........................................................................................... 50
    Device Discovery ........................................................................................ 50
    Autologin ..................................................................................................... 50


**PowerSession**
Introduction ..................................................................................................... 51
Installation ....................................................................................................... 51
Connecting to the RFID Reader ...................................................................... 52
Reading Tags ................................................................................................... 54
Main Tab .......................................................................................................... 55
    General Tag Reads Info .............................................................................. 55
    Tag Reads Details ....................................................................................... 56
    Reader Management ................................................................................... 57
    Reader Info ................................................................................................. 57
Settings ............................................................................................................ 58
    Application Settings .................................................................................... 58
    Optimization Mode ...................................................................................... 60

Reader Settings ................................................................................................................. 60
Software Update for Multiple Readers ................................................................................ 64
Utilizing PowerSession with ATR7000 ............................................................................... 66
   Reading Tags with an ATR7000 Using PowerSession ................................................. 66
   Custom Application of ATR7000 Antenna Sequence Settings .................................... 69

**RapidRead**
Introduction ........................................................................................................................ 71
Installation ......................................................................................................................... 72
Options ............................................................................................................................... 74
RapidRead Tag File ........................................................................................................... 76
Using RapidRead ............................................................................................................... 77
RapidRead Lite ................................................................................................................... 78
   Summary Screen ......................................................................................................... 78
   Detail Screen ............................................................................................................... 79
RapidRead Full .................................................................................................................. 80
   Summary Screen ......................................................................................................... 80
   Detail Screen ............................................................................................................... 81
   Gieger Counter ............................................................................................................ 82
RapidRead Scan ................................................................................................................ 84
   Summary Screen ......................................................................................................... 84
   Detail Screen ............................................................................................................... 85
RapidRead Write ................................................................................................................ 86

**RFID Demo Application for Android**
Introduction ........................................................................................................................ 89

**RFID Demo Application for iOS**
Introduction ........................................................................................................................ 90

**Index** ................................................................................................................................... **91**

# About This Guide

## Introduction

The *RFID Demo Applications User Guide* provides general instructions for using sample applications which demonstrate the capabilities of Zebra fixed and hand-held RFID readers and how these features can be used in everyday applications.

## Chapter Descriptions

Topics covered in this guide are as follows:

- Getting Started introduces the RFID demo applications which demonstrate the capabilities of Zebra fixed and hand-held RFID readers.

- RFID Sample Application provides an overview of the RFID application CS_RFID3Sample6.exe which assists application developers in developing custom applications for hand-held RFID devices.

- Tag Locator describes the Tag Locator application which is used on hand-held RFID devices to detect the relative position of tags.

- SessionOne describes the SessionOne PC-based application used to discover and connect to Zebra fixed and hand-held RFID readers, specifically the FX7400, FX7500, FX9500, FX9600, MC3x90-Z, and MC9x90-Z.

- PowerSession describes PowerSession, a multi-reader, PC-based application used to discover and connect to Zebra fixed and hand-held RFID readers, specifically the FX7400, FX7500, FX9500, FX9600, MC3x90-Z, MC9x90-Z, and ATR7000.

- RapidRead describes RapidRead, an application used on hand-held readers to demonstrate inventory, asset counting, tag writing and item locating, specifically the MC3x90-Z, and MC9x90-Z.

## Notational Conventions

The following conventions are used in this document:

- *Italics* are used to highlight the following:
  - Chapters and sections in this and related documents
  - Dialog box, window and screen names
  - Drop-down list and list box names
  - Check box and radio button names

- **Bold** text is used to highlight the following:
  - Key names on a keypad
  - Button names on a screen.
- bullets (•) indicate:
  - Action items
  - Lists of alternatives
  - Lists of required steps that are not necessarily sequential
- Sequential lists (e.g., those that describe step-by-step procedures) appear as numbered lists.
- Throughout the programming bar code menus, asterisks (**\***) are used to denote default parameter settings.



\* Indicates Default ⟶ **\*Baud Rate 9600** ⟶ Feature/Option

## Related Documents

Refer to the *Product Reference Guide* for the fixed or hand-held RFID reader for product-specific information.

For the latest version of this guide and all Zebra guides, go to: www.zebra.com/support.

## Service Information

If you have a problem using the equipment, contact your facility's technical or systems support. If there is a problem with the equipment, they will contact the Zebra Global Customer Support Center at: www.zebra.com/support.

When contacting Zebra support, please have the following information available:

- Serial number of the unit
- Model number or product name
- Software type and version number

Zebra responds to calls by e-mail, telephone or fax within the time limits set forth in service agreements.

If your problem cannot be solved by Zebra support, you may need to return your equipment for servicing and will be given specific directions. Zebra is not responsible for any damages incurred during shipment if the approved shipping container is not used. Shipping the units improperly can possibly void the warranty.

If you purchased your business product from a Zebra business partner, please contact that business partner for support.

# Getting Started

## Introduction

The RFID demo applications demonstrate the capabilities of Zebra fixed and hand-held readers. This guide provides specific information about the following applications:

- RFID Sample Application
- Tag Locator
- SessionOne
- PowerSession
- RapidRead

## System Requirements

Table 1 includes system requirements for the RFID demo applications.

**Table 1**   RFID Demo Application Requirements

| Demo Application | Devices Supported | Application Type | OS Requirement |
|---|---|---|---|
| RFID Sample Application | MC3090-Z, MC3190-Z, MC9090-Z, MC9190-Z | Hand-held application | Windows Mobile 6.x |
| Tag Locator | MC3090-Z, MC3190-Z, MC9090-Z, MC9190-Z | Hand-held application | Windows Mobile 6.x |
| SessionOne | FX7400, FX7500, FX9500, FX9600, MC3090-Z, MC3190-Z, MC9090-Z, MC9190-Z | Single reader application | Windows XP 32-bit, 64-bit; Windows 7 32-bit, 64-bit |

**Table 1**   RFID Demo Application Requirements

| Demo Application | Devices Supported | Application Type | OS Requirement |
|---|---|---|---|
| PowerSession | FX7400, FX7500, FX9500, FX9600, MC3090-Z, MC3190-Z, MC9090-Z, MC9190-Z ATR7000 | Multi-reader application | Windows XP 32-bit, 64-bit; Windows 7 32-bit, 64-bit |
| RapidRead | MC3090-Z, MC3190-Z, MC9090-Z, MC9190-Z | Hand-held application | Windows Mobile 6.x |

# RFID Sample Application

## Introduction

The RFID Application CS_RFID3Sample6.exe provides an overview of how the application works and assists application developers in developing custom applications.

The RFID hand-held reader can read, write, lock, kill, and program Gen2 tags. Each tag contains the EPC number (64 or 96 bits), CRC, and kill code. The hand-held reader can also collect data by decoding in-range EPC Gen2 RFID tags.

Initiating the read command within the sample application causes the hand-held reader to interrogate all RFID tags within the radio frequency (RF) field of view. The reader captures data from each new tag and adds it to the list box in the **EPC ID** window. Select **Stop Read** to stop interrogating tags.

Test

# Launching the RFID Sample Application

Select **RFID Demo** in the **Start** menu to start the RFID sample application.

**Figure 1**   RFID Demo Icon



**Figure 2**   RFID Sample Application Window



In the sample application window:

- Tap the **Start Reading** button to initiate the tag read. Tap **Stop Reading** to terminate tag reading.
- Use the **Mem Bank** drop-down to select a tag memory bank to read. The default memory bank is EPC

(**None**). Other options are **TID**, **Reserved**, and **User**.

# Connection

Tap **Connection** to display the reader IP and port number.

**Figure 3**   Connection Window





Select **Disconnect** to disconnect the reader.

# Capabilities

Select **Menu > Capabilities** to view the capabilities of the connected reader.

RFID Sample Application

**Figure 4**   Capabilities Window



# Configuration Menu Options

The Configuration menu includes the following options:

- Tag Storage Settings
- Antenna
- RF Mode
- Singulation
- Power On/Off Radio
- Reset to Factory Defaults

## Tag Storage Settings

Select **Menu > Config > Tag Storage Settings** to view/configure tag storage settings.

**Figure 5**    Tag Storage Settings Window





This window includes the following fields:

- **Maximum Tag Count** - The maximum number of tags to store in the DLL.
- **Max Tag ID Length** - The maximum tag length.
- **Max Size of Memory Bank** - Storage to allocate for the memory bank's data.
- **Apply** - Select to apply the configuration changes.

## Antenna

Select **Menu > Config > Antenna** to view/configure the antenna.

**Figure 6**    Antenna Configuration Window



This window includes the following fields:

- **Antenna ID** - Selecting an antenna ID updates the configuration values in the other fields.
- **Receive Sensitivity (dB)** - Lists the reader-supported values for the selected antenna.
- **Transmit Power (dBm)** - Lists the reader-supported values for the selected antenna.
- **Hop Table Index** - Updates the Hop Frequency list with its corresponding frequencies.
- **Apply** - Select to apply the configuration changes.

# RF Mode

Select **Menu > Config > RF Mode** to view/configure the RF mode for each antenna.

**Figure 7**   RF Mode Window



This window includes the following fields:

- **Antenna ID** - Selecting an antenna ID updates the configuration values in the other fields.
- **Tari Value** - TARI specified in nsec.
- **RF Mode Table** - RF mode table configured for the current antenna.
- **Apply** - Select to apply the configuration changes.

# Singulation

Select **Menu > Config > Singulation** to view/configure the singulation control settings for each antenna.

**Figure 8**    Singulation Control Settings Window



This window includes the following fields:

- **Antenna ID** - Selecting an antenna ID updates the configuration values in the other fields.
- **Session** - The session number for the inventory operation.
- **Tag Population** - The approximate tag population in the RF field of the antenna.
- **Tag Transit Time** - The time in milliseconds that the tag typically remains in the RF field of the antenna.
- **State Aware** - Indicates if the antenna performs state aware or state unaware singulation.
- **Inventory State** - Select a tag of state A or B. Valid only for State Aware singulation
- **SL Flag** - Valid only for State Aware singulation
- **Apply** - Select to apply the configuration changes.

19

## Power On/Off Radio

Select **Menu > Config > Power On/Off Radio** to change the power settings of the RFID radio.

**Figure 9**    Radio Power Settings Menu



## Reset to Factory Default

Select **Menu > Config > Reset to Factory Default** to restore the default reader configuration.

RFID Sample Application

# Operations Menu Options

The **Operations** menu includes the following options:

- Antenna Info
- Filter
- Access
- Triggers

## Antenna Info

Select **Menu > Operations > Antenna Info** to view/configure the list of antennas that can be used for inventory/access operations.

**Figure 10**    Antenna Info Window





# Filter

Select **Menu > Operations > Filter** to view/configure the following filters:

- Pre-Filter
- Post-Filter
- Access-Filter

## Pre-Filter

Select **Menu > Operations > Filter > Pre-Filter** to view/configure pre-filters.

**Figure 11**   PreFilter Window



This window includes the following fields:

- **Antenna ID** - Selecting an antenna ID updates the configuration values in the other fields.

- **Memory Bank** - Memory bank on which the filter is applied.

- **Offset** - The first (msb) bit location of the specified memory bank against which to compare the tag mask.

- **Tag Pattern** - The pattern against which to compare the specified memory bank.

- **Filter Action** - Select the required filter action. For more information, refer to the Gen2 specification available at: www.epcglobalinc.org/standards/.

## Post-Filter

Select **Menu > Operations > Filter > Post-Filter** to view/configure post-filters.

**Figure 12**   PostFilter Window



This window includes the following fields:

- **Memory Bank** - Memory bank on which the filter is applied.
- **Offset** - The first (msb) bit location of the specified memory bank against which to compare the tag mask.
- **Tag Pattern** - The pattern against which to compare the specified memory bank.
- **Tag Mask** - The bit mask to facilitate bit wise filtering.
- **Match Pattern** - Select the tag pattern to match (A, B, both, or neither).

## Access-Filter

Select **Menu > Operations > Filter > Access-Filter** to view/configure the access-filters.

**Figure 13**   AccessFilter Window



See Post-Filter on page 23 for field descriptions.

# Access

Select **Menu > Operations > Access** to perform the following access operations.

**Figure 14**   Access Menu



The **Access** menu includes the following options:

- Read
- Write
- Lock
- Kill
- Block Write
- Block Erase

To perform an access option on a single tag, right-click the tag in the list of read tags on the main window to invoke the tag's context menu.

**Figure 15**    Tag Context Menu



## Access Operation Windows

The access operation windows include the following fields. Set options as required in the various parameter windows. Not all windows include all options.

- **Tag ID** - The name of the selected tag.
- **Password** - Set a password before performing any access operation (except Kill).
- **Memory Bank** - Select the memory bank (Reserved, EPC, TID, User)
- **Offset** - Offset of the first word to read from the selected memory bank.
- **Length** - Tag/data length.
- **Write Data** - The data to write to the selected tag (Write window only).
- **Lock Privilege** - Access options for the selected tag (Write window only):
  - **None** - The can not change the lock privilege of the particular memory bank.
  - **Read_Write** - The user can read and write to the tag.
  - **Perma_Lock** - Permanent lock.
  - **Perma_Unlock** - Permanent unlock.
  - **Unlock** - The user can unlock the tag for writing.

RFID Sample Application

**Figure 16**   Read Access Operation Window



**Figure 17**   Write / Block-Write Access Operation Window



RFID Sample Application

**Figure 18**   Lock Access Operation Window





**Figure 19**   Kill Access Operation Window





**Figure 20**   Block Erase Access Operation Window



# Triggers

Select **Menu > Operations > Trigger** to view/configure the following triggers:

- Start Trigger
- Stop Trigger
- Report Trigger

## Start Trigger

**Figure 21**    Start Trigger - Periodic Window



**Figure 22**    Start Trigger - GPI Window



RFID Sample Application

**Figure 23**    Start Trigger - Hand-held Trigger Window



**Stop Trigger**

**Figure 24**    Stop Trigger - Periodic Window





RFID Sample Application

**Figure 25**    Stop Trigger - GPI with Timeout Window



**Figure 26**    Stop Trigger - Tag Observation with Timeout Window





**Figure 27**   Stop Trigger - N Attempts with Timeout Window



**Figure 28**   Stop Trigger - Hand-held Trigger with Timeout Window



**Report Trigger**

RFID Sample Application

**Figure 29** Report Trigger Window



# Management Menu Options

Management options are not applicable for hand-held readers.

# Help Menu

Select **Menu > Help** to display the version information. The version numbers displayed in this window are examples. Actual version numbers are based on the versions of the files on the device.

**Figure 30**    Help Window





# Exit

Select **Menu > Exit** to exit the RFID sample application.

# Tag Locator

## Introduction

Use Tag Locator to detect the location of a tag. By providing the TagID of an item, this application can find the relative position of the tag with respect to the hand-held reader. Slowly move the hand-held back and forth. Use the beep frequency and vertical progress bar on the screen to help direct you to the general location of the tag.

The Tag Locater application requires the following components/DLLs on the device:

- RFIDAPI32.dll (Version 5.1.15 or higher)
- Symbol.RFID3.Device.dll (Assembly version 1.1.0.1, File version 1.1.0.7 or higher)
- Symbol.Audio.dll
- Symbol.dll
- Symbol.Notification.dll
- Symbol.StandardForms.dll

# Using Tag Locator

To use the Tag Locator application:

1. Tap **TagLocator** in the **Application** folder on the hand-held reader to open the Tag Locater application.

**Figure 31**    Tag Locator



2. Enter the tag ID in one of three ways:

   • Type the tag ID in the **TagID** text box, then select **Locate** or press and hold the trigger.

   • Perform a search operation by selecting the **Search Tags** button or by pressing and holding the trigger.

   • Select the **Import Tags** button to import a list of saved tags from a .csv file. See Locating Tags Using a .csv File on page 38.

# Locating Tags Using a .csv File

1. Select the **Import Tags** button to import a list of saved tags from a .csv file. The following window appears.

**Figure 32**   Opening a .csv File



2. Select the desired .csv file to import the tags to the list.

**Figure 33**   Tag List



3. Select a tag from the list to search.

4. Select the **Locate** button or press and hold the trigger. Move the hand-held reader in all directions to find the relative position of the tag, indicated by a beep, the vertical progress bar, or both.

**Figure 34**   Tag Search



Use the **Options** menu to turn the beeper on and off and to display data in ASCII or hexadecimal format.

**Figure 35**   Options Menu



# SessionOne

## Introduction

SessionOne is a single reader, PC-based application used to discover and connect to Zebra fixed and hand-held RFID readers, specifically the FX Series Fixed Readers and MC Series Hand-held Readers. This tool allows users to easily perform tag inventory and access operations.

 **NOTE:** SessionOne is not supported for the ATR7000 reader. Use PowerSession instead.

## Installation

To install SessionOne on the host PC:

1. Locate **SessionOne** at: www.zebra.com/support.
2. Download the **SessionOne** zip file to the host PC and unzip the file.
3. Double-click the **sessiononesetup.exe** file.
4. Follow the screen prompts to complete installation.

# Connecting to the RFID Reader

To connect to the reader through SessionOne:

1.  Connect the reader to the host PC. Refer to the reader's *Product Reference Guide* for instructions.

     **NOTE:**  If connecting to the host PC via a USB cable, note the following:
    - For the FX7400, FX7500, and FX9600, ensure the USB mode is set to Network (the default mode). If the USB mode is ActiveSync, use the Administrator Console to change it to Network before connecting to the host PC.
    - For hand-held readers, synchronize the device with the host PC.

2.  Select **SessionOne** from the host PC **Start** menu to launch the application.

3.  The SessionOne main window opens.

**Figure 36**    SessionOne Main Tab



4.  Click **Find readers** to discover all readers in the area. Click on the reader name to connect to that reader, or select from the **Reader** text box/ drop-down list and click **Connect.**

     **NOTE:**  If connecting to the host PC via a USB cable, note the following:
    - To select a fixed reader, select **USB FX** | *friendly name* from the drop-down list.
    - To select a hand-held reader (MC3090-Z, MC3190-Z, or MC9090-Z), select **USB Mobile** | *friendly name* from the drop-down list.

41

See the next section if SessionOne does not locate the reader, or to search for a specific reader.

To use the host name to search for the reader:

1. Enter the reader host name in the **Reader** text box (e.g., fx7400cd3b0d) with no spaces. The host name is provided on a label on the reader, or on the CD provided with the reader. Click **Find readers**. The **Find readers** button changes to **Stop Finding** while SessionOne scans for a reader and displays connection activity at the bottom right area of the window.

2. When the message **Found Reader** appears, select the reader from the **Reader** drop-down list and click **Connect**.

3. Click **PING** to verify that the reader is connected. The button turns green to confirm connection. If the button turns red, continue to the following procedure.

If SessionOne does not find the reader:

1. Open a command prompt on the host PC by selecting **Start > Programs > Accessories > Command Prompt**.

2. Enter **ping** <*reader host name*> and press **Return**. For example, enter **ping fx7400cd3b0d** and press **Return**. Note the reader's IP address that displays.

3. Close the command prompt and return to SessionOne. Enter the reader's IP address in the **Reader** text box (e.g., **10.11.11.183**).

4. Click **PING** to locate and connect to the reader.

**Figure 37    SessionOne Main Tab - Reader Connected**



 **NOTE:**   After selecting a reader from the reader text box/drop-down list, if you select **Start** before selecting the **Connect** button, SessionOne automatically connects to the reader and begins inventory. Information related to the selected reader appears, including:
- Link to the reader URL
- Serial number or MAC address
- Reader model name and number
- Firmware version.

 **NOTE:**   If the reader does not read RFID tags, ensure the reader's region setting is configured. Refer to the reader's *Product Reference Guide* for instructions.

# Reading Tags

Select **Start** to read tags in the area. The tags appear in the tag list. Select **Stop** to stop reading tags.

# Main Tab

The **Main** tab includes the following fields.

**Figure 38**   Main Tab



## Tag Reads

This field includes the following items:

- **Tags** - number of tags read.
- **Reads** - total number of reads of all tags.
- **Reads / sec** - number of reads per second.
- **Time** bar - time elapsed in the current read session.
- **Clear** button - click to clear all tags from the list.
- Tag table - tracks tag read information:
  - **EPC** - unique tag EPC ID.
  - **Count** - number of times that tag was read.
  - **RSSI** - Received Signal Strength Indication.
  - **Last Seen** - UTC time (in microseconds) when the tag was last seen.
  - **First Seen** - UTC time (in microseconds) when the tag was first seen.
  - **A$x$** - number of times that individual antenna read the tag.
  - **A$x$ Last Seen** - UTC time (in microseconds) when that antenna last saw the tag.
  - **A$x$ First Seen** - UTC time (in microseconds) when that antenna first saw the tag.
- **Save summary** button - summarizes and saves the details of each tag read.
- **Save history** button - saves and stores the details of each tag read.

## Reader

This field includes the following items:

- **Reader** text / drop-down box - enter the reader name, hostname, or IP address to connect to and press enter, or select from the drop-down list to view information related to the reader.
- **Ping** button - click to locate the reader in the text box. A successful ping appears in green and displays the round trip time of the ping in milliseconds.

  Upon a successful reader management (RM) login, clicking **Ping** also enables the reader's LED to light in green to indicate that reader was pinged.

**Figure 39**   Pinging Reader



- **Readers Found** - lists all readers discovered in the area.
- **Find Readers** button - click to find all readers in the area.

- **Connect / Disconnect** button - click to connect to or disconnect from the selected reader. To connect to a reader, first select that reader from the drop-down list or enter the hostname/IP address, and then click **Connect**.
- **Start / Stop** button - click to start or stop reading tags.

## Antennas

This field includes the following items:

- **Antennas** listed by color - each color represents an antenna port in the reader.
  - A blue icon on top of each antenna indicates whether the antenna is connected or disconnected.
  - An enabled antenna appears in the color selected in the **Settings** tab. A disabled antenna appears in the control color. To enable or disable an antenna, first ensure you are logged in with a valid user name and password, then click an antenna image. See Autologin on page 50.
  - Number value - the number inside each antenna indicates the total reads by that particular antenna.
  - Slide bar - the slide located under each antenna indicates the power level of each antenna. Use the slide bar to change the antenna's power value.
- Pie chart - represents the contribution of each antenna in total tag reads.
- User LED (small colored boxes under the pie chart) - the user LED colors available. The LED is set to a particular reader. To enable or disable the LED, first ensure you are logged in with a valid user name and password, then click an LED image. See Autologin on page 50.
- **GPI** field (General Purpose Input) - indicates the status of the **GPI** input.
- **GPO** field (General Purpose Output) - click on a **GPO** button to change the pin status of the device.

## Tag Details

This field includes the following items:

- EPC - write tags and read the fields.
- TID - read only.
- User memory - read and write.

## RSSI / Direction / Zone

This field is active when running inventory. Select a tag in the list to display the RSSI value for that tag in each antenna as a dynamic bar graph.

## Settings Tab

The **Settings** tab includes the following fields.

**Figure 40**    Settings Tab



## Appearance

- **Item description** - enter text to appear in the **Main** tab below the unique tag reads count.
- **First read only** - check to update the list view in the **Main** tab only for the first read of the tag (no list view update for subsequent tag reads). Leave unchecked to update everything in the list view (all antenna details, RSSI values, etc.) For optimal performance, enable this option.
- **Show tool tips** - check to display tool tips for some controls.
- **Scroll tag list** - in a large tag environment where the tags exceed the display limit, check this to automatically scroll the list to ensure that the latest read tag is visible.
- **After** (text box) **seconds, reset unique tag count** - select the radio button, then enter the number of seconds after which the count of unique tags resets in the **Main** tab.
- **Every** (text box) **seconds, recount only those tags seen in the last** (text box) **milliseconds** - for the value entered in the first text box (in seconds), the unique tags count in the **Main** tab is set by the value of unique tags entered in the second text box (in milliseconds).

## Antenna Colors

Select an antenna color to change the associated antenna's display color in the **Main** tab.

## RSSI Monitoring

During tag inventory, select a tag to plot an RSSI graph for that tag.

- **Windows time span** - the time frame within which to consider RSSI values of the tag. Exclude any tag read older than this duration.
- **Refresh rate** - the time interval for refreshing or redrawing the RSSI graph.

## Read Settings

- **Session** - specify the session of the reader.
- **State aware** - check to select state aware singulation.
    - **A, B** buttons - after checking **State Aware**, click to specify the inventoried flag value of the selected session (A or B).
    - **SL Flag** button - after checking **State Aware**, click to specify the flag (**SL**) state (asserted or deasserted).
- **Tag population estimate** - the expected tag population in the field of view of the antenna.
- **Tag transmit time** - the measure of expected tag mobility in the field of view of the antenna where this inventory operation is executed.

## Autosave

This field includes settings for saving history or a summary.

- **Save every** - enter the time interval for autosave.
- **seconds** - check to save the tag list in the application data folder.
- **Save summary** - check to store consolidated summary for each tag instead of detailed reads in the application data folder.
- **Save history** - check to store detailed information on every read in the application data folder.

## Product Picture

This field includes settings to show a picture in the **Main** tab where the Zebra logo appears during inventory.

- **Show pictures** - check to display the picture.
- **on every read** - check to display the picture on every read of the tag rather than on the first read only.
- **Show friendly names** - check to replace the tag ID in the list with a friendly name.
- **Set GPO** - check to enable GPO (if available in the loaded file).
- **Ignore first** (text box) **bytes, and last** (text box) **bytes of EPC** - specify which part of the tag ID to consider when comparing the tag ID read during inventory with the partial or full tag ID in the loaded file.
- **Get pictures from file** - click **Browse** to locate and load the .txt or .csv file. Each line of the file is in the format:
  **<tag ID / part tag ID>,<Location of Image to Show>,<Friendly Name>,GPO<GPO number>**

  For example:
  **00,\pics\00.png,My Tag,GPO 1**

## Filters

- **Include/Exclude/Disable** field - choose whether to include/exclude/disable the filter.
- **tags matching** - enter the filter expression.
- **tag with RSSI between** (text box) **and** (text box) - enter the RSSI filter range.

## Tag Match Settings

- **Inventory listed tags only** - check to load the file which contains the tag list to read.
- **Get Tag List File** - click **Browse** to browse tag lists. Select the tag list to inventory.

Tags listed that were read appear in green, tags not yet read appear in red. Inventory stops when all tags in the list are read.

## Tag Direction

This field indicates the directionality of the tag if the tag appears in the bottom of the RSSI graph.

- **Determine tag direction** - check to enable this option.
- **Minimum trend** - enter the number of RSSI value averages to take to determine tag direction.
- **Average** - enter the number of RSSI values to take to calculate the average.
- **Exclude reads older than** - enter the time in which to exclude RSSI values for older tags read when determining the tag's direction.

## RF Modes

Displays the RF mode set in the reader and allows the user to change this mode (applied to all antennas).

## Start Reading When

- **Start is pressed** - select to start inventory upon clicking the **Start** button.
- **Start is pressed+GPI** - select to start inventory based on the GPI trigger. Enter the trigger (integer) in the text box.
- **goes** - select whether the required start trigger is **HI** or **LO**.

## Stop Reading After

- **Stop is pressed** - select to stop inventory upon clicking the **Stop** button.
- **tags** - select to specify the number of tags after which to stop inventory.
- **reads -** select to specify the number of reads after which to stop inventory.
- **seconds** - select to specify the number of seconds after which to stop inventory.
- **rounds** - select to specify the number of rounds after which to stop inventory.
- **GPI** - select to stop inventory based on the GPI trigger. Enter the trigger (integer) in the text box.
- **goes** - select whether the required stop trigger is **HI** or **LO**.

## Low Level Stuff

- **UDP timeout** - enter how long to wait to receive device discovery response information.
- **UDP local port** - enter the port in which the local host binds to send the device discovery message.
- **LLRP timeout** - set the timeout of the reader connection.
- **Sync time to PC** - check to synchronize the reader time with the local time.

## Device Discovery

- **Auto-add prefix** - check to add an auto prefix while trying to resolve the hostname. For example, enter **FX7400**. Then, to connect to a series of FX7400XXXXX devices, search *XXXXX* only because *FX7400* is already included as an auto-add prefix.
- **Resolve hostnames** - check to resolve the hostname during device discovery.
- **Discovery on startup** - select to perform device discovery while the application is starting up.
- **Clear Readers List On Discovery** - check to discard discovered reader information when performing the next discovery.

## Autologin

Enter the user name and password in these fields to log in to the device. Once logged in, the user can perform all reader management related operations, including enabling and disabling antennas and setting user LEDs.

# PowerSession

## Introduction

PowerSession is a multi-reader, PC-based application used to discover and connect to Zebra fixed readers such as the FX7500, FX9600, and ATR7000, as well as MC Series RFID Hand-held Readers.

For PowerSession information specific to the ATR7000, please see the last section in this chapter.

## Installation

To install PowerSession on the host PC:

1. Locate **PowerSession** at: www.zebra.com/support.
2. Download the PowerSession zip file to the host PC and unzip the file.
3. Double-click on the **powersessionsetup.exe** file.
4. Follow the screen prompts to complete installation.

# Connecting to the RFID Reader

To connect to the reader through PowerSession:

1.  Connect the reader to the host PC. Refer to the reader's *Product Reference Guide* for instructions (refer to www.zebra.com/support for the latest guides)

 **NOTE:** If connecting to the host PC via a USB cable, note the following:

> For the FX7400, FX7500, and FX9600, ensure the USB mode is set to *Network* (the default mode). If the USB mode is ActiveSync, use the *Administrator Console* to change it to *Network* before connecting to the host PC.
>
> For hand-held readers, synchronize the device with the host PC.

 **NOTE:** The ATR7000 does not support connection over USB.

2.  Select *PowerSession* from the host PC *Start* menu to launch the application.

3.  The PowerSession main window opens.

**Figure 41**    PowerSession Main Tab



4.  Click **Find Readers** to discover all readers in the area. Click on the reader name to connect to that reader, or select from the **Reader Management** text box/ drop-down list and click **Connect**.

 **NOTE:** If connecting to the host PC via a USB cable, note the following:

> To select a fixed reader, select **USB FX** | *friendly name* from the drop-down list.
>
> To select a hand-held reader (MC3090-Z, MC3190-Z, or MC9090-Z), select **USB Mobile** | *friendly name* from the drop-down list.

To search for a reader using the host name:

1. Enter the reader host name in the *Reader Management* text box (e.g., fx7400cd3b0d) with no spaces. The host name is provided on a label on the reader, or on the CD provided with the reader. Select **Find Readers**. The **Find Readers** button changes to **Stop Finding** while PowerSession scans for a reader and displays connection activity at the bottom right area of the window.

2. When the message *Found Reader* appears, select the reader from the *Reader Management* drop-down list and select **Connect**.

3. Click **PING** to verify that the reader is connected. The button turns green to confirm connection. If the button turns red, continue to directions below to search for a specific reader.

To search for a specific reader:

1. Open a command prompt on the host PC by selecting *Start > Programs > Accessories > Command Prompt*.

2. Enter *ping <reader host name>* and select **Return**. For example, enter *ping fx7400cd3b0d* and select **Return**. The reader's IP address displays.

3. Close the command prompt and return to PowerSession. Enter the reader's IP address in the *Reader Management* text box (e.g., 10.11.11.183).

4. Select **PING** to locate and connect to the reader.

**Figure 42**    PowerSession Main Tab - Reader Connected



 **NOTE:**   Select and connect to a reader before executing an inventory operation. Information related to the selected reader appears, including:
- Link to the reader URL
- Serial number or MAC address
- Reader model name and number
- Firmware version.

 **NOTE:**   If the reader does not read RFID tags, ensure the reader's region setting is configured. Refer to the reader's *Product Reference Guide* for instructions at: www.zebra.com/support.

# Reading Tags

Select **Start** to read tags in the area. The tags appear in the tag list. To stop reading tags, select **Stop**.

# Main Tab

The **Main** tab includes the following fields.

**Figure 43**    Main Tab



## General Tag Reads Info

This field includes the following items:

- **Tags** - total number of unique tags read so far.
- **Reads** - total number of reads of all tags so far.
- **Reads / sec** - how many reads occur per second.
- **Time** bar - time elapsed in the current read session.

The table includes the following items:

- **Reader** - IP address of each selected reader.
- **Reads** - total number of reads of all tags so far.
- **Unique Reads** - total number of unique tags read so far.
- **Read Rate** - how many reads occur per second.
- **Conn Ant. # - Ant1-Ant 8** - number of antenna ports on the reader that are physically connected to antennas.

# Tag Reads Details

**Figure 44**    Tag Reads Details



This field includes the following items:

- **Loaded** - when the loading tag list functionality is enabled, this field displays the total number of tags loaded from a specific file that are expected to be seen.

- **Seen** - when the loading tag list functionality is enabled, this field displays the number of tags from the loaded tag list which the reader has seen so far.

- **Unseen** - when the loading tag list functionality is enabled, this field displays the number of tags from the loaded tag list which the reader has not yet seen.

- **Unknown** - when the loading tag list functionality is enabled, this field displays the number of tags that the reader has seen but are not included in the loaded tag list.

- **Tag ID** - unique tag ID.

- **Count** - number of times that tag was read.

- **IP Address** - IP address of each selected reader on which the inventory operation is executed.

- **Last Seen** - UTC time (in microseconds) when the tag was last seen.

- **Copy** - select to copy and paste selected tag data records from the table into either a .txt or .csv file. Load this file later into PowerSession for a list of tags to search.

✓  **NOTE:**   You can also right-click on the **Tag Reads Details** table and use the pop-up menu to select and copy tag data records in the table.

- **Save Data** - select to save the read results according to the current operation mode.

- **Save History**- according to the current operation mode, *Save* the tag read history information.

✓  **NOTE:**   The *Record Tag Read History* option must be enabled under *Settings.*

- **Display Data** - select to display tag data in the *Tag Reads Details* table after performing inventory in Optimization mode.

- **Clear** - select **Clear** to clear the current read results.

The searching tags section includes the following items:

- **Disabled/Search Tags** button - click **Disabled** to enable the loading tag list functionality. The button text changes to **Search Tags**.
- **Browse** - select **Browse** to load a tag file. The file can contain one tag ID per line. After each tag ID you can enter comments separated by commas.
- **Start** - select **Start** to start searching tags.
- **Stop** - select **Stop** to stop searching tags.

## Reader Management

This field includes the following items:

- **Reader Management** text box/drop-down list - enter the reader name to connect to, or select from the drop-down list, then press enter or select **Connect**. It also lists all readers discovered in the area.
- **Ping** - select **Ping** to check the connectivity of the selected reader. A successful ping appears in green and displays the round trip time of the ping in milliseconds.
- **Find Readers** - select **Find Readers** to find all readers in the area.
- **Connect / Disconnect** - select to connect to or disconnect from the selected reader.
- **Reader List** - lists all readers connected to PowerSession.
- **Start / Stop** - click to start or stop reading tags.

## Reader Info

This field displays the reader capabilities information of a selected reader.

**Figure 45**    Reader Info Tab



# Settings

The **Settings** tab includes Application Settings, and Reader Settings.

**Figure 46**    Settings Tab



# Application Settings

## Appearance

- **First read only** - select the check-box to update the list view in the *Main* tab only for the first read of the tag (no list view update for subsequent tag reads). Leave unchecked to update everything in the list view. For optimal performance, enable this option.

- **Show tool tips** - select to display tool tips for some controls.

- **Scroll tag list** - in a large tag environment where the tags exceed the display limit, select check-box to automatically scroll the list to ensure that the latest read tag is visible.

## Tag Data File

**Figure 47**    Tag Data File



**Save Reader Info in the Tag File** - select to save reader settings information in the tag file.

 **NOTE:**   The saved reader settings are settings applied when the inventory operation was performed.

**Record Tag Read History** - check to record detailed information on every tag read.

**Record Unknown Tag Read History -** check to record detailed information on every unknown tag read while reading tags in *Searching Tags* mode.

## Device Discovery

Select **Discovery on startup** to perform device discovery while the application is starting up.

**Figure 48**    Device Discovery Setting



## Product Picture

This field includes settings to show a picture in the *Main* tab where the Zebra logo appears during inventory.

- **Show pictures** - select check-box to display the picture.
- **On every read** - select check-box to display the picture on every read of the tag rather than on the first read only.
- **Show friendly names** - select check-box to replace the tag ID in the list with a friendly name.
- **Ignore first** (text box) **bytes, and last** (text box) **bytes of EPC** - specify which part of the tag ID to consider when comparing the tag ID read during inventory with the partial or full tag ID in the loaded file.
- **Get pictures from file** - click **Browse** to locate and load the .txt or .csv file. Each line of the file is in the format:
  **<tag ID / part tag ID>,<Location of Image to Show>,<Friendly Name>**

  For example:
  **00,\pics\00.png,My Tag**

## Low Level Stuff

- **LLRP timeout** - set the timeout for the reader connection and the response from the reader (default is 0).
- **Max timeouts** - enter the maximum allowed UDP timeouts that occur sequentially before stopping discovery.
- **UDP timeout** - enter the time (in ms) to wait for device discovery response information.

- **UDP local port** - enter the port in which the local host should bind to send the device discovery.

# Optimization Mode

Enable the **Optimization Mode** to improve the data throughput of PowerSession to handle large amounts of tag data from multiple readers.

**Figure 49**    Optimization Mode



- Optimization mode can only be applied to the normal inventory operation.

 **NOTE:**   Optimization mode cannot be applied to the tag list searching operation and AAR zone-based inventory operation.

- Enabling optimization will disable:
  - The tag list gui update so that no tag data is displayed in the tag list table during the inventory.
  - Displaying the product pictures and tag friendly names even when the features are enabled.
- After the inventory operation is stopped, a user can:
  - Save the tag data and tag read history information.
  - Select the **Display Data** option to display all tag data in the tag list table.

# Reader Settings

- **Connected Reader List** - select a reader from the *Connected Reader List*.
- **Reader Description** - enter a description (up to 40 characters) for the selected reader, then click **Apply**. The description appears in the **Connected Reader List**, associated with that reader's IP address.

## Save/Load/Apply Reader Settings

**Figure 50**    Save/Load/Apply Setting



- Save Settings - save the reader settings of a currently selected reader in an XML file.

**Figure 51**    XML Saved Reader Setting Example

```xml
<?xml version="1.0" encoding="utf-8"?>
<ReaderConfig xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance" xmlns:xsd="http://www.w3.org/2001/XMLSchema">
  <ReaderModelName>FX7400</ReaderModelName>
  <EnabledAntennaList>1-4</EnabledAntennaList>
  <MaxTagIDLength>64</MaxTagIDLength>
  <AntennaListSingulationSettings>
    <AntennaSingulation AntennaID="1" Session="SESSION_S0" TagPopulation="100" TagTransitTime="0" PerformStateAwareSingulation="false" />
    <AntennaSingulation AntennaID="2" Session="SESSION_S0" TagPopulation="100" TagTransitTime="0" PerformStateAwareSingulation="false" />
    <AntennaSingulation AntennaID="3" Session="SESSION_S0" TagPopulation="100" TagTransitTime="0" PerformStateAwareSingulation="false" />
    <AntennaSingulation AntennaID="4" Session="SESSION_S0" TagPopulation="100" TagTransitTime="0" PerformStateAwareSingulation="false" />
  </AntennaListSingulationSettings>
  <AntennaListRFModeSettings>
    <AntennaRFMode AntennaID="1" RFModeTableIndex="0" />
    <AntennaRFMode AntennaID="2" RFModeTableIndex="0" />
    <AntennaRFMode AntennaID="3" RFModeTableIndex="0" />
    <AntennaRFMode AntennaID="4" RFModeTableIndex="0" />
  </AntennaListRFModeSettings>
  <AntennaListPowerSettings>
    <AntennaPower AntennaID="1" AntennaPowerValue="3000" />
    <AntennaPower AntennaID="2" AntennaPowerValue="3000" />
    <AntennaPower AntennaID="3" AntennaPowerValue="3000" />
    <AntennaPower AntennaID="4" AntennaPowerValue="3000" />
  </AntennaListPowerSettings>
  <TriggerSettings>
    <StartTriggerSettings StartTriggerType="START_TRIGGER_TYPE_IMMEDIATE" />
    <StopTriggerSettings StopTriggerType="STOP_TRIGGER_TYPE_IMMEDIATE" />
    <ReportTriggerSettings TagReportTriggerValue="1" />
    <AutonomousMode Enabled="false" />
  </TriggerSettings>
  <PrefilterListSettings Status="Include" FilterMaskValue="3333*" />
</ReaderConfig>
```

- Load Settings - load reader settings from a saved reader settings XML file and apply to the currently selected reader.

- Apply All Settings - apply specified reader settings to the currently select reader.

- Apply To All Settings - apply specified reader settings to all readers listed in the *Connect Reader List* drop-down.

## Antenna Singulation Settings

- **Antenna ID** - select whether to apply singulation settings to all antennas or a specified antenna.

- **Session** - specify the session of the reader.

- **State Aware** - check to select *State Aware Singulation*.

   - **A, B, A<->B** - Click to specify the inventoried flag value of the selected session: A, B or A<->B (AB Flip)

   - **SL Asserted / SL DeAsserted / SL ALL** button - click to specify the flag (SL) state: SL Asserted, SL DeAsserted or SL ALL.

**Figure 52**    Antenna Singulation Setting



✓ **NOTE:**    The **A<->B** and **SL ALL** settings are exclusive to the FX7500, FX9600, and ATR7000 devices.

- **Tag population estimate** - the expected tag population in the field of view of the antenna.

- **Tag transit time** - the time (in milliseconds) that the tag typically remains in RF field of the antenna where the inventory operation is running.

## Antenna Stop Trigger Setting

Specify how long an inventory should be performed on a particular antenna port before it stops and switches to the next available antenna port.

**Figure 53**   Antenna Stop Trigger



The trigger types are:

- **N_Attempts**: number of inventory attempts

- **N_Millisecs**: inventory duration in Milliseconds

- **N_Seconds**: inventory duration in Seconds.

## Reader Login Info Setting

Specify the reader RM login credentials and select **Apply**. The credentials are applied when performing the SW update on the reader.

**Figure 54**   Reader Login Info



## Antenna Enable/Disable

- **A(x)** check boxes - the number of antenna check boxes that appear equals the number of antenna ports that the reader supports. Check an antenna check box to perform inventory on this antenna port if it is physically connected to an antenna, then click **Apply**.

   **NOTE:**   A blue antenna check box indicates that the corresponding antenna port on reader is physically connected to an antenna.

**Figure 55**   Antenna Enable/Disable RF Modes



- **Antenna ID** - select whether to allow changing the RF mode for all antennas or a specified antenna.
- **RF Mode** drop-down list - lists the reader's supported RF modes and displays the mode currently set in the reader.

## Filters

- Select a filter option to *Include*, *Exclude* or *Disable* tags matching a certain criteria to be included in the *tags matching* field.

## Select Apply.

 **NOTE:** Filtering is performed using pre-filters (up to the maximum allowed) and based on 96 bits EPC ID.
Because pre-filters are based on the current singulation settings, configure required singulation settings before applying filters.

## Antenna Power

- **Antenna ID** - select whether to apply the antenna power setting to all antennas or a specified antenna.
- **Antenna power slide bar** - adjust the reader-supported antenna power values.
- Select **Apply**.

## Tag Storage Setting

- **Max Tag ID Length (Byte)** - specify the maximum storage size to allocate for a tag EPC ID.

## Trigger Settings

- **Start reading**
    - **As soon as Start is pressed** - select to start inventory upon clicking the **Start** button.
    - **Start is pressed + GPI** - select to start inventory based on the GPI trigger. Select the value representing the GPI trigger (integer) to use from the drop-down list.
    - **goes** - select whether the required start trigger is **HI** or **LO**.
- **Stop reading after**
    - **Stop is pressed** - select to stop inventory upon clicking the **Stop** button.
    - **tags** - select to specify the number of tags after which to stop inventory.
    - **rounds** - select to specify the number of rounds after which to stop inventory.
    - **ms** - select to specify the number of milliseconds after which to stop inventory.
    - **GPI -** select to stop inventory based on a GPI trigger. Select the value representing the GPI trigger (integer) to use from the drop-down list.
    - **goes** - select whether the required stop trigger is **HI** or **LO**.

## Report Trigger Settings

The Report Trigger option provides the ability to specify the duration to generate tag reports.

**Figure 56**   Report Trigger



- **Tag Report Trigger** - enter a value to specify when to report tag data during inventory. The default settings is **1**, which implies to report Tag data immediately.

63

- **Periodic Report Trigger** (applies to FX7500, FX9600 and ATR7000 only) - specify the time period (in seconds) after which the tag will be reported if the tag is continued to be read after the period. The default settings is **0**, which implies that Tag reports will be generated immediately.

 **NOTE:** The *Tag Report Trigger* and *Periodic Report Trigger* are mutually exclusive. *Periodic Report Trigger* has priority on *Tag Report Trigger*.

## Autonomous Mode

- **Autonomous Mode** - check to enable autonomous mode on the reader.
- **New Tag Event** - specify the new tag event mode for subscribing:
  - **Never** - report no tag data.
  - **Immediate** - report data for a new tag immediately.
  - **Moderated** - report data for a new tag only after the specified moderation time and that tag was seen for the moderation duration.
  - **ms** - when **Moderated** mode is selected, enter the moderation duration for the new tag event.

# Software Update for Multiple Readers

The Software Update option provides the ability to update multiple devices (FX7400, FX7500, FX9600 and ATR7000).

To update software for multiple readers:

1. In the *Reader Settings*, enter admin privileged *User Name* and *Password* login credentials for a selected reader in the *Connected Reader List* of the main window.

2. Select **Apply.**

**Figure 57**   Reader Login



## FTP/FTPS Server Based Software Update

To update FTP/FTPS:

1. Next to *Install Software Via*, select **FTP/FTPS Server**.
2. Enter the FTP/FTPS server user account information that has access to download files from the server.
3. Provide a default admin privileged *User Name* and *Password* for the reader.

## Local File Based Software Update

To update local file based software:

1. Next to *Install Software Via*, select **File Based Upload.**
2. Select the *response.txt* file to specify the reader software package location.
3. Provide a default admin privileged *User Name* and *Password* for the reader*.*

**Figure 58**    Software Update Screen



## Software Update Procedures

Select one or multiple readers from the connected reader list in the main window.

1. Select the *SW Update* tab from the main window.
2. Provide all required inputs for the software update.
3. Select **Start Update** to start software update on selected readers.

 **NOTE:**   Simultaneous software update of multiple readers is supported only for FX7400, FX7500, FX9600 and ATR7000.

All selected readers in the connected reader list should have the same reader model name, either FX7400, FX7500, FX9600 or ATR7000.

If a selected reader's login Information is not configured in the Reader Settings, PowerSession defaults to the default reader login credentials provided by the user to update reader software.

# Utilizing PowerSession with ATR7000

This section describes aspects of PowerSession that are only applicable when using the ATR7000. The most notable difference when using PowerSession with an ATR7000 is that for a standard fixed reader an antenna is associated with a physical port (i.e. antenna connector, cable, and antenna), whereas, for the ATR7000 with its integral beam steered antenna array, an antenna is "virtual" in the sense that an antenna is defined as a beam with a specific polarization steered in a specific direction. The ATR7000 supports a total of 291 beams, 97 directions with three distinct polarizations.

## Reading Tags with an ATR7000 Using PowerSession

1. Installation of PowerSession as described on page 52 and Connecting the RFID Reader as described on page 53 and most other information applicable to the FX series readers are also applicable to ATR7000.

2. Once connected, the application appears as shown in Figure 59 below.

**Figure 59**   PowerSession for ATR7000 Application Window



3. Next, select the reader by clicking the check box left of the reader IP and click on the Start button to read tags.

4. The tags read will be displayed as show in Figure 60 below.

**Figure 60**    PowerSession for ATR7000 Tags Read Window



# ATR7000 Settings

The Settings tab, shown in Figure 61, is used to configure the reader to transmit pre-defined beams either singly or in a pre-determined scan sequence. There is also a setting for Antenna Power, which can be varied between 16 dBm EIRP up to a maximum of 36 dBm EIRP.

**Figure 61**    ATR7000 Settings Tab



## ATR7000 Antenna Configuration

- **Disable All** - shortcut button allows deselection of all antennas.

- **Enable All** - shortcut button allows selection of all antennas.

- **LHCP All** - allows selection of all left hand circular polarized antennas.

- **Antenna Sequence** - allows selection of antenna sequence on the ATR7000.

    - Specify a comma separated list of antennas (1,5,8,9..).

    - Specify a list (1-16).

- **Default** - allows the selection of antennas that are used in the ATR7000 in RTLS mode. When an antenna sequence is selected, it defaults to the beams used in RTLS mode. If the user has changed the antennas that are part of the antenna sequence, the **Default** button provides a shortcut to modify the antenna sequence to the RTLS mode.

✓    **NOTE:**   Virtual antennas 1 to 100, and 398 and above, are reserved and are not selectable from the Settings page. The user must scroll down in the Antenna Settings page to view enabled antennas. These antennas are highlighted in blue. See Figure 62.

**Figure 62**   Default Enabled Beams



## Custom Application of ATR7000 Antenna Sequence Settings

For example, to manually apply a beam scanning sequence identical to that applied by pressing the Default button as described in the Antenna Configuration section, the user enters the following in the Antenna Sequence area on the Settings tab: 397, 325, 332, 338, 345, 328, 335, 341, 348, 330, 337, 344, 326, 333, 340, 346, 329, 336, 342. See Figure 63 below for Antenna Sequence.

**Figure 63**   Antenna Sequence



The above sequence configures the ATR7000 to transmit first at boresight, then 18 additional beams in a random pattern at 45° elevation, azimuths 0°, 105°, 195°, 300°, 45°, 150°, 240°, 335°, etc. This sequence is similar to and achieves similar coverage and read performance for an ATR7000 using PowerSession as an ATR7000 used in an RTLS application.

A complete list of antenna beams with scan angles and polarizations supported by PowerSession is shown in Table 2.

**Table 2**   ATR7000 Antenna Beams Supported by PowerSession

| ATR7000 Beam Configuration | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **"Reserved"** | | | | | | | | | | | | | | | | | | | | | | | |
| Azimuth | 0 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 | 165 | 180 | 195 | 210 | 225 | 240 | 255 | 270 | 265 | 300 | 315 | 330 | 345 |
| Elevation | | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 45 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 |
| 30 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 |
| 15 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 |
| 0 | 97 | | | | | | | | | | | | | | | | | | | | | | | |
| **Theta Polarization** | | | | | | | | | | | | | | | | | | | | | | | |

PowerSession

| ATR7000 Beam Configuration | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Azimuth | 0 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 | 165 | 180 | 195 | 210 | 225 | 240 | 255 | 270 | 265 | 300 | 315 | 330 | 345 |
| Elevation | | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 | 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 | 120 | 121 | 122 | 123 | 124 |
| 45 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 | 140 | 141 | 142 | 143 | 144 | 145 | 146 | 147 | 148 |
| 30 | 149 | 150 | 151 | 152 | 153 | 154 | 155 | 156 | 157 | 158 | 159 | 160 | 161 | 162 | 163 | 164 | 165 | 166 | 167 | 168 | 169 | 170 | 171 | 172 |
| 15 | 173 | 174 | 175 | 176 | 177 | 178 | 179 | 180 | 181 | 182 | 183 | 184 | 185 | 186 | 187 | 188 | 189 | 190 | 191 | 192 | 193 | 194 | 195 | 196 |
| 0 | 197 | | | | | | | | | | | | | | | | | | | | | | | |

## Phi Polarization

| Azimuth | 0 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 | 165 | 180 | 195 | 210 | 225 | 240 | 255 | 270 | 265 | 300 | 315 | 330 | 345 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elevation | | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | 201 | 202 | 203 | 204 | 205 | 206 | 207 | 208 | 209 | 210 | 211 | 212 | 213 | 214 | 215 | 216 | 217 | 218 | 219 | 220 | 221 | 222 | 223 | 224 |
| 45 | 225 | 226 | 227 | 228 | 229 | 230 | 231 | 232 | 233 | 234 | 235 | 236 | 237 | 238 | 239 | 240 | 241 | 242 | 243 | 244 | 245 | 246 | 247 | 248 |
| 30 | 249 | 250 | 251 | 252 | 253 | 254 | 255 | 256 | 257 | 258 | 259 | 260 | 261 | 262 | 263 | 264 | 265 | 266 | 267 | 268 | 269 | 270 | 271 | 272 |
| 15 | 273 | 274 | 275 | 276 | 277 | 278 | 279 | 280 | 281 | 282 | 283 | 284 | 285 | 286 | 287 | 288 | 289 | 290 | 291 | 292 | 293 | 294 | 295 | 296 |
| 0 | 297 | | | | | | | | | | | | | | | | | | | | | | | |

## Left Hand Circular Polarization (LHCP)

| Azimuth | 0 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 | 165 | 180 | 195 | 210 | 225 | 240 | 255 | 270 | 265 | 300 | 315 | 330 | 345 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elevation | | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | 301 | 302 | 303 | 304 | 305 | 306 | 307 | 308 | 309 | 310 | 311 | 312 | 313 | 314 | 315 | 316 | 317 | 318 | 319 | 320 | 321 | 322 | 323 | 324 |
| 45 | 325 | 326 | 327 | 328 | 329 | 330 | 331 | 332 | 333 | 334 | 335 | 336 | 337 | 338 | 339 | 340 | 341 | 342 | 343 | 344 | 345 | 346 | 347 | 348 |
| 30 | 349 | 350 | 351 | 352 | 353 | 354 | 355 | 356 | 357 | 358 | 359 | 360 | 361 | 362 | 363 | 364 | 365 | 366 | 367 | 368 | 369 | 370 | 371 | 372 |
| 15 | 373 | 374 | 375 | 376 | 377 | 378 | 379 | 380 | 381 | 382 | 383 | 384 | 385 | 386 | 387 | 388 | 389 | 390 | 391 | 392 | 393 | 394 | 395 | 396 |
| 0 | 397 | | | | | | | | | | | | | | | | | | | | | | | |

# RapidRead

## Introduction

RapidRead is a RFID hand-held reader application used to demonstrate inventory and asset counting, tag writing and item locating.

# Installation

To install RapidRead on the hand-held RFID reader:

1. Locate **RapidRead** at www.zebra.com/support.

2. Download the **RapidRead** zip file to the host PC and unzip the file.

3. Using Active Sync (XP) or Windows Mobile Device Center (Win7), connect the PC to the hand-held reader.

4. On the hand-held reader, open **File Explorer** and double click on the **Temp** folder (If the **Temp** folder is not visible, tap **Windows** icon **> File Explorer > Menu > Show All Files**).

**Figure 64**    Folder Options



5. From the PC, copy the **CAB** file to the **Temp** folder on the hand-held reader (If the **Temp** folder is not visible, tap **Tools > Folder Options > View >** uncheck the option **Hide protected operating system files >** select **Yes >** tap **Apply**).

6. On the hand-held reader, tap on the **CAB** file to install.

7. When prompted, select **Device** for installation directory.

To access RapidRead, double tap the **RapidRead** icon on the home screen of the hand-held reader or select **File Explorer > Program Files > RapidRead**.

**Figure 65**    RapidRead Icon



# Options

To select specific options, select **Menu > Options.**

**Figure 66**    RapidRead Menu





The following selections are available on the **Options** screen:

- Scan Sounds (applicable for Lite and Full) - check to produce a sound for unique tag reads only, rather than on each tag read.
- Tag (applicable for Lite only) - check to display tag reads in SGTIN-96 format.
- Barcode - check to display number of unique bar codes read rather than the total number of bar codes read.
- Unknown Tags (applicable for Full only) - check to show tags which are not in the database but have been read.

**Figure 67**   RapidRead Options Screen





# RapidRead Tag File

RapidRead has the ability to read and compare against an onboard tag database (tags.csv) displaying matching results, missing and unknown items that have been read during a session.

To implement after installation is complete:

1. Locate the **tags.csv** file in the **RapidRead** application folder (under **Program** files) on the hand-held reader.

2. While connected to the PC through ActiveSyc or Windows Mobile Device Center, copy the **tags.csv** file from the hand-held reader to desktop.

 **NOTE:** The **tags.csv** file is a database of tagged inventory and is comma delimited without header information.

3. Using a simple text based application such as, Microsoft® Notepad, modify the file to match your specific tag EPC numbers and enter **Item Descriptions**. Separate the EPC number and item description with a comma per line for each 'valid' tag.

4. When complete, save the **tags.csv** file to your PC and copy the file back to the hand-held reader, replacing the original file.

 **NOTE:** The tag file must be renamed **tags** as it is the only database name that the hand-held reader recognizes.

**Figure 68**    Sample List of Tags

| | File Edit Format View Help |
|---|---|
| | 000000000000000000000001,Jawbone Bluetooth |
| | 000000000000000000000002,JawBone Bluetooth |
| EPC TAG ID (24 digits) | 000000000000000000000003,Motorola H385 BT |
| | 000000000000000000000004,Motorola H385 BT |
| COMMA | 000000000000000000000005,Plantronics EX222 BT |
| | 000000000000000000000006,Plantronics EX222 BT |
| ITEM DESCRIPTION (24 chars) | 000000000000000000000007,Mot S9 BT Headphones |
| | 000000000000000000000008,Mot S9 BT Headphones |
| | 000000000000000000000009,Jabra BT DogTag |
| | 000000000000000000000010,Jabra BT Dog Tag |

# Using RapidRead

**Figure 69**    RapidRead Main Screen







The four modes of operation are as follows:

- Lite – read all tags in read range via RFID.
- Full – read all tags in read range via RFID; compare against database (tags.csv).
- Scan – bar code scanning (functions on both RFID enabled hand-held as well as non-RFID hand-held).
- Write – function to encode RFID tags by key entry, bar code scanning, or STGIN-96.

# RapidRead Lite

RapidRead Lite offers the following features:

- Ability to scan all standard EPC class1 GEN2 tags within read range and display tag reads.
- Display EPC number read.
- Display number of times a particular tag has been read.
- Display unique tag count.

## Summary Screen

The Summary screen displays the number of unique tags read.

**Figure 70**   RapidRead Lite Summary Screen







RFID Read occurs only when the trigger is engaged.

# Detail Screen

Select the **Detail** tab to display a list of individual reads. To clear the list, tap the **Clear List** button.

**Figure 71**    RapidRead Lite Detail Screen



**NOTE:** If SGTIN-96 format is selected, tags not in valid SGTIN-96 format appear in HEX format.

**NOTE:** If the reader display cannot accommodate the tag ID length, the application displays only a portion of the tag ID. Select the tag ID to open a window that displays the entire ID.

# RapidRead Full

RapidRead Full offers the following features:

- Ability to scan all standard EPC class1 GEN2 tags within read range and display tag reads.
- Validate read against the tag database (tags.csv) in the RapidRead application folder.
- Display associated asset configurable description.
- Display number of times a particular tag has been read.
- Display total read and unique tag read counts.
- Visual and audible feedback to assist in locating a particular tag (Geiger counter).

## Summary Screen

The Summary screen displays the number of unique tags read.

**Figure 72**    RapidRead Full Summary Screen





RFID Read occurs only when the trigger is engaged.

RapidRead

## Detail Screen

The color coded indicators (located next to the titles) are defined as follows:

- Green - read is a match to an asset that has been defined in the tags.csv file.

- Yellow - expected tag but has not been read.

- Red - read does not have a match in the tags.csv file and is classified as unknown.

Select the **Detail tab** to display a list of individual reads. To clear the list, tap the **Clear Data** button.

**Figure 73**    RapidRead Full Detail Screen



# Gieger Counter

The Gieger counter is a tag locator application that assists with locating missing items (applicable to RapidRead Full only). To use the Gieger counter feature:

1.   Select the **Detail** tab.

**Figure 74**    RapidRead Full Detail Tab



2.   Tap one of the missing items. The Geiger Counter screen opens as displayed in Figure 75.

**3.** Pull the hand-held trigger and begin to slowly move the reader around. As the reader approaches the item, beeping frequency increases and the visual bar on the screen will become larger.

**Figure 75**   Gieger Counter Read Rate



# RapidRead Scan

RapidRead Scan offers the following features:

- Ability to scan bar code.
- Display bar code read.
- Display number of times a particular bar code has been read.
- Display unique bar code count.

✓ **NOTE:**   RapidRead Scan mode also functions on a non-RFID hand-held devices as well.

## Summary Screen

Bar code read occurs only when the trigger is engaged. The Summary screen displays the number of unique bar codes read.

**Figure 76**    RapidRead Scan Summary Screen





## Detail Screen

Select the **Detail** tab to display a list of individual reads. To clear the list, tap the **Clear List** button.

**Figure 77**   RapidRead Scan Detail Screen



# RapidRead Write

The RapidRead Write methods of input are:

- Key entry
- Scan a bar code
- STGIN-96

## Key Enter Tab

To write to a tag via key entry:

1. Enter 24 digits representing the RFID tag ID.
2. Check **Auto-increment** to increment the entered number by one digit for the next tag encode.
3. Tap the **Write Tag** button to write the information to the tag. Once encoded, a successful encode message will be displayed on screen.

**Figure 78**    RapidRead Write Key Enter Screen





## Bar Code Tab

To write to a tag via bar code scan:

1. Scan a bar code to enter the bar code data in the text field. Leading zeros are added to the front of the ID if the bar code contains less than 24 digits.
2. Tap the **Write Tag** button to write the information to the tag. Once encoded, a successful encode message will be displayed on screen.

**Figure 79**   RapidRead Write Barcode Screen





RapidRead

## STGIN-96 Tab

Populate fields with appropriate information.

1. Enter filter data in the **Enter FILTER** field.

2. Enter partition data in the **Enter PARTITION** field.

3. Scan the corresponding UPC bar code in the **Scan UPC** field.

4. Tap the **Write Tag** button to write the information to the tag. Once encoded, a successful encode message will be displayed on screen.

**Figure 80**   RapidRead Write SGTIN-96 Screen



# RFID Demo Application for Android

## Introduction

Please refer to the RFD85000 and RFD2000 respective user guides for details on how to use the RFID demo application for Android.

# RFID Demo Application for iOS

## Introduction

Please refer to the RFD85000 user guides for details on how to use the RFID demo application for iOS.

# Index

**A**

antennas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    colors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    configuring with RFID sample application . . . . . . 17
    enabling . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
    GPI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    GPO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
    information . . . . . . . . . . . . . . . . . . . . . . . . . 21
    number connected . . . . . . . . . . . . . . . . . . . . 55
    power . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
    singulation settings . . . . . . . . . . . . . . . . . . . 61
autonomous mode . . . . . . . . . . . . . . . . . . . . . . . 64

**C**

chapter descriptions . . . . . . . . . . . . . . . . . . . . . . 8
connection
    RFID sample application . . . . . . . . . . . . . . . . 14
conventions
    notational . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**D**

device discovery . . . . . . . . . . . . . . . . . . . . . . 50, 59
devices supported . . . . . . . . . . . . . . . . . . . . . . . 10
discovering devices . . . . . . . . . . . . . . . . . . . . 50, 59

**E**

EPC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 46

**F**

filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 49, 63
finding readers . . . . . . . . . . . . . . . . . . . . . 45, 50, 59

**G**

GPI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 50, 63
GPO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

    enabling . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

**I**

installation
    PowerSession . . . . . . . . . . . . . . . . . . . . 51, 76
        connecting to reader . . . . . . . . . . . . . . . . 52
    RapidRead . . . . . . . . . . . . . . . . . . . . . . . . . 72
        connecting to reader . . . . . . . . . . . . . . . . 72
    SessionOne . . . . . . . . . . . . . . . . . . . . . . . . 40
        connecting to reader . . . . . . . . . . . . . 41, 52
IP address . . . . . . . . . . . . . . . . . . . . . . . . . . 55, 56

**L**

LLRP timeout . . . . . . . . . . . . . . . . . . . . . . . . 50, 60

**N**

notational conventions . . . . . . . . . . . . . . . . . . . . . 8

**O**

operating systems . . . . . . . . . . . . . . . . . . . . . . . 10
options
    RapidRead . . . . . . . . . . . . . . . . . . . . . . . . . 74
overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 10
    PowerSession . . . . . . . . . . . . . . . . . . . . . . . 51
    RapidRead . . . . . . . . . . . . . . . . . . . . 71, 89, 90
    sample application . . . . . . . . . . . . . . . . . . . . 12
    SessionOne . . . . . . . . . . . . . . . . . . . . . . . . 40
    Tag Locator . . . . . . . . . . . . . . . . . . . . . . . . 36

**P**

pinging reader . . . . . . . . . . . . . . . . . . . . . . . . 45, 57
PowerSession . . . . . . . . . . . . . . . . . . . . . . . . . . 51
    connecting to reader . . . . . . . . . . . . . . . . 52, 57
    installation . . . . . . . . . . . . . . . . . . . . . . . 51, 76
    main tab . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
        general tag reads . . . . . . . . . . . . . . . . . . 55

reader . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
reader info . . . . . . . . . . . . . . . . . . . . . . . . 57
settings tab . . . . . . . . . . . . . . . . . . . . . . . . . 58
  antenna enable and disable . . . . . . . . . . . . 62
  antenna power . . . . . . . . . . . . . . . . . . . . . 63
  antenna singulation settings . . . . . . . . . . . . 61
  appearance . . . . . . . . . . . . . . . . . . . . . . . 58
  autonomous mode . . . . . . . . . . . . . . . . . . 64
  device discovery . . . . . . . . . . . . . . . . . . . . 59
  filters . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
  low level . . . . . . . . . . . . . . . . . . . . . . . . . 59
  product picture . . . . . . . . . . . . . . . . . . . . . 60
  reader settings . . . . . . . . . . . . . . . . . . . . . 60
  RF mode . . . . . . . . . . . . . . . . . . . . . . . . . 62
  tag storage setting . . . . . . . . . . . . . . . . . . 63
  trigger settings . . . . . . . . . . . . . . . . . . . . . 63

## R

RapidRead . . . . . . . . . . . . . . . . . . . . . . . 71, 89, 90
connecting to reader . . . . . . . . . . . . . . . . . . 72
full . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80
  gieger counter . . . . . . . . . . . . . . . . . . . . . 82
installation . . . . . . . . . . . . . . . . . . . . . . . . 72
lite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
options . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
scan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
tag file . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
write . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
  bar code tab . . . . . . . . . . . . . . . . . . . . . . 87
  key enter tab . . . . . . . . . . . . . . . . . . . . . . 86
  STGIN-96 tab . . . . . . . . . . . . . . . . . . . . . 88
readers
connecting to . . . . . . . . . . . . . . 41, 46, 52, 57, 72
discovering . . . . . . . . . . . . . . . . . . . . . . 50, 59
finding . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
in main tab . . . . . . . . . . . . . . . . . . . . . . 45, 57
information . . . . . . . . . . . . . . . . . . . . . . . . 57
IP address . . . . . . . . . . . . . . . . . . . . . . . 55, 56
selecting . . . . . . . . . . . . . . . . . . . . . . . . . . 57
supported . . . . . . . . . . . . . . . . . . . . . . . . . 10
reading tags . . . . . . . . . . . . . . . . . . . . . . . 43, 54
details . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
main tab fields . . . . . . . . . . . . . . . . . . . . 45, 55
saving . . . . . . . . . . . . . . . . . . . . . . . 45, 48, 56
settings . . . . . . . . . . . . . . . . . . . . . . . . . . 48
starting and stopping . . . . . . . . . . . . . 46, 50, 57
with RFID sample application . . . . . . . . . . . . . 13
related documents . . . . . . . . . . . . . . . . . . . . . 9
requirements . . . . . . . . . . . . . . . . . . . . . . . . 10
RF mode . . . . . . . . . . . . . . . . . . . . . . . . . 49, 62
RFID sample application . . . . . . . . . . . . . . . . . 12
access options . . . . . . . . . . . . . . . . . . . . . . 25
antenna . . . . . . . . . . . . . . . . . . . . . . . . . . 17
antenna information . . . . . . . . . . . . . . . . . . . 21

capabilities . . . . . . . . . . . . . . . . . . . . . . . . . 14
configuration menu . . . . . . . . . . . . . . . . . . . 16
connection . . . . . . . . . . . . . . . . . . . . . . . . . 14
exiting . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
filter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
launching . . . . . . . . . . . . . . . . . . . . . . . . . . 13
operations menu . . . . . . . . . . . . . . . . . . . . . 21
power . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
reading tags . . . . . . . . . . . . . . . . . . . . . . . . 13
resetting defaults . . . . . . . . . . . . . . . . . . . . . 20
RF mode . . . . . . . . . . . . . . . . . . . . . . . . . . 18
singulation . . . . . . . . . . . . . . . . . . . . . . . . . 18
tag storage . . . . . . . . . . . . . . . . . . . . . . . . . 16
triggers . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
RSSI . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 46
monitoring . . . . . . . . . . . . . . . . . . . . . . . . . 48

## S

saving data . . . . . . . . . . . . . . . . . . . . . . . . . 56
saving history . . . . . . . . . . . . . . . . . . . . . . 45, 48
saving summary . . . . . . . . . . . . . . . . . . . . . 45, 48
SessionOne . . . . . . . . . . . . . . . . . . . . . . . . . 40
connecting to reader . . . . . . . . . . . . . . . 41, 46, 52
installation . . . . . . . . . . . . . . . . . . . . . . . . . 40
main tab . . . . . . . . . . . . . . . . . . . . . . . . . . 43
  antennas . . . . . . . . . . . . . . . . . . . . . . . . 46
  reader . . . . . . . . . . . . . . . . . . . . . . . . . . 45
  RSSI . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
  tag details . . . . . . . . . . . . . . . . . . . . . . . 46
  tag reads . . . . . . . . . . . . . . . . . . . . . . . . 45
settings tab . . . . . . . . . . . . . . . . . . . . . . . . 46
  antenna colors . . . . . . . . . . . . . . . . . . . . 48
  appearance . . . . . . . . . . . . . . . . . . . . . . 48
  autologin . . . . . . . . . . . . . . . . . . . . . . . . 50
  autosave . . . . . . . . . . . . . . . . . . . . . . . . 48
  device discovery . . . . . . . . . . . . . . . . . . . 50
  filters . . . . . . . . . . . . . . . . . . . . . . . . . . 49
  low level . . . . . . . . . . . . . . . . . . . . . . . . 50
  product picture . . . . . . . . . . . . . . . . . . . . 49
  read settings . . . . . . . . . . . . . . . . . . . . . 48
  RF mode . . . . . . . . . . . . . . . . . . . . . . . . 49
  RSSI monitoring . . . . . . . . . . . . . . . . . . . 48
  start reading when . . . . . . . . . . . . . . . . . . 50
  stop reading . . . . . . . . . . . . . . . . . . . . . . 50
  tag direction . . . . . . . . . . . . . . . . . . . . . . 49
  tag match . . . . . . . . . . . . . . . . . . . . . . . 49
settings . . . . . . . . . . . . . . . . . . . . . . . . . 46, 58
antenna colors . . . . . . . . . . . . . . . . . . . . . . 48
antenna enable and disable . . . . . . . . . . . . . . 62
antenna power . . . . . . . . . . . . . . . . . . . . . . 63
antenna singulation . . . . . . . . . . . . . . . . . . . 61
appearance . . . . . . . . . . . . . . . . . . . . . . 48, 58
autologin . . . . . . . . . . . . . . . . . . . . . . . . . . 50
autonomous mode . . . . . . . . . . . . . . . . . . . . 64

autosave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
device discovery . . . . . . . . . . . . . . . . . . . . . . . 50, 59
filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 63
low level . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 59
product picture . . . . . . . . . . . . . . . . . . . . . . . 49, 60
read settings . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
reader . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
RF mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 62
RSSI monitoring . . . . . . . . . . . . . . . . . . . . . . . . . 48
start reading when . . . . . . . . . . . . . . . . . . . . . . . 50
stop reading . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
tag direction . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
tag match . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
tag storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
system requirements . . . . . . . . . . . . . . . . . . . . . . . 10


T

tag file
RapidRead . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
Tag Locator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
importing tag list . . . . . . . . . . . . . . . . . . . . 37, 38
locating tags . . . . . . . . . . . . . . . . . . . . . . . . 37, 38
options menu . . . . . . . . . . . . . . . . . . . . . . . . . . 39
using . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
tag reading . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43, 54
details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
main tab fields . . . . . . . . . . . . . . . . . . . . . . 45, 55
saving . . . . . . . . . . . . . . . . . . . . . . . . . 45, 48, 56
settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
starting and stopping . . . . . . . . . . . . . . 46, 50, 57
with RFID sample application . . . . . . . . . . . . . 13
TID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
trigger settings . . . . . . . . . . . . . . . . . . . . . . . . . . . 63


U

UDP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 59

